United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Yhondry G. Zambrano Patino,

Petitioner,

v.

Warden of Joe Corley Processing Center; Houston Field Office Director for U.S. Immigration and Customs Enforcement and Removal Operations; Acting Director, Immigration and Customs Enforcement; Secretary, U.S. Department of Homeland Security; U.S. Attorney General; Executive Office for Immigration Review.

Respondents.

Case No. 4:26-cv-4140

**PETITIONER'S MOTION TO VOLUNTARILY WITHDRAW WRIT OF HABEAS CORPUS**

**PETITIONER'S MOTION TO VOLUNTARILY WITHDRAW WRIT OF HABEAS CORPUS**

On July 10, 2026, Plaintiff filed a Motion to Voluntarily Withdraw Writ of Habeas Corpus. The Motion is hereby Granted, and this case is hereby DISMISSED without prejudice.

Signed on this 14TH day of July, 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE